**Appeal Dismissed and Memorandum Opinion filed December 17, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-15-00505-CV

### UWAKWE C. OKO AND VICTORIA I. OKO, Appellants

### V.

### TONY ALI, JUNIOR PROPERTIES, LLC, AND EVERBANK, Appellees

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 15-DCV-222803**

## M E M O R A N D U M   O P I N I O N

This is an interlocutory appeal of the trial court's June 4, 2015 order in which it denied an application for a temporary injunction. The application was filed by appellants Uwakwe C. Oko and Victoria I. Oko. On October 15, 2015, this court issued an order stating that unless appellants submitted a brief on or before October 30, 2015, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).Appellants filed no response. Accordingly, the appeal is

ordered dismissed for want of prosecution.[1]


PER CURIAM


Panel consists of Chief Justice Frost and Justices Boyce and Wise.

---

[1] Having dismissed the appeal on this basis, we need not and do not address appellee Everbank's motion to dismiss.